

# IN THE
# TENTH COURT OF APPEALS

### No. 10-10-00169-CV

**PEGGY BLAKELY,**

**Appellant**

 **v.**

**WELLS FARGO BANK NA, A NATIONAL
BANKING ASSOCIATION AS TRUSTEE, ETC.,
JUSTICE OF THE PEACE PRECINCT 4 PLACE 1,
ETC., QUILLING SELANDER CUMMISKEY
AND LOWNDS AND JAMES WORTMAN, ETC.,**

**Appellees**

---

#### From the 40th District Court
#### Ellis County, Texas
#### Trial Court No. 80604

---

## MEMORANDUM OPINION

---

Peggy Blakely attempts to appeal the trial court's denial of her request for a temporary restraining order. The Clerk of this Court notified Blakely by letter that the appeal was subject to dismissal because it appeared there is no right to appeal this type of interlocutory order. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014 (Vernon 2008) (list of appealable interlocutory orders). The Clerk further warned Blakely that the

Court would dismiss the appeal unless, within 21 days of the date of this letter, a response was filed showing grounds for continuing the appeal. Blakely has not responded to the Clerk's letter.

Accordingly, this appeal is dismissed. TEX. R. APP. P. 42.3; 44.3.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
       Justice Reyna, and
       Justice Davis
Appeal dismissed
Opinion delivered and filed June 9, 2010
[CV06]